# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Siwell, Inc d/b/a Capital Mortgage Services of Texas

### DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability / **PERSONAL PROPERTY** | | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | [ ] 448 Education / [ ] 550 Civil Rights | | | |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: _____

Brief description of cause: _____

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SIWELL, INC. d/b/a CAPITAL MORTGAGE SERVICES OF TEXAS<br>*Plaintiff*<br><br>V.<br><br>U.S. BANK NATIONAL ASSOCIATION<br>*Defendant* | §<br>§<br>§<br>§     C.A. No.  5:24-cv-00152<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Siwell, Inc. d/b/a Capital Mortgage Services of Texas, filing their Original Complaint complaining of Defendant, U.S. Bank National Association, in support of which Plaintiff respectfully shows the Court as follows:

### I.   JURISDICTION, PARTIES AND VENUE

1. This Court has subject matter jurisdiction over this lawsuit pursuant to 28 U.S. Code § 1332.

2. The damages sought in this action are within the jurisdictional limits of the Court.

3. Venue is appropriate in this Court pursuant to 28 USCS § 1391(d).

### II.   PARTIES

4. Siwell, Inc, d/b/a Capital Mortgage Services of Texas ("CMS") is a Texas corporation located in Lubbock County, Texas.

5. US Bank National Association ("US Bank") is a foreign corporation located at 800 Nicolett Mall, Minneapolis, MN 55402. US Bank National Association can be served by and through its agent CT Corporation at 1999 Bryan St #900, Dallas, Texas 75201.

### III.   FACTUAL BACKGROUND

6. On or around January 31, 2023, State Farm Insurance issued a check ("The Check") for $58,612.92, through its bank JPMorgan Chase Bank, to Karapet Karo Zadelyan ("Zadelyan") and the Plaintiff. *See Exhibit A*. The Check was payable to "Karapet Karo Zadelyan & Siwell Inc. dba Capital Mortgage Services of Texas ISAOA/ATIMA".

7. On April 21, 2023, Zadelyan deposited the check at a US Bank ATM in St. Paul, Minnesota. *See Exhibit A*.

8. Despite the check being written to "Karapet Karo Zadelyan & Siwell Inc. dba Capital Mortgage Services of Texas ISAOA/ATIMA", US Bank accepted the check without the endorsement of CMS.

9. As of June 10, 2024, CMS has yet to be reimbursed for the $58,612.92 check and have continued to incur injury beyond the amount of the check.

### IV.   CAUSES OF ACTION

### CONVERSION

10. CMS realleges and incorporates by reference herein each of the foregoing paragraphs as if fully set forth herein.

11. In Texas, an instrument is also converted if it is taken by transfer, other than a negotiation, from a person not entitled to enforce the instrument or a bank makes or obtains payment with respect to the instrument for a person not entitled to enforce the instrument or receive payment. Tex. Bus. & Com. Code Ann. § 3.420

12. Per, Tex. Bus. & Com. Code Ann. § 3.110, when an instrument is payable to X and Y, neither X nor Y acting alone is the person to whom the instrument is payable. Neither person, acting alone, can be the holder of the instrument. Thus, X or Y, acting alone, cannot be the holder or the person entitled to enforce or negotiate the instrument because neither, acting alone, is the identified person stated in the instrument.

13. Here, the persons listed on the check and the persons who were entitled to enforce the Check was Zadelyan and CMS, jointly.

14. Despite the identified persons on the check, US Bank obtained payment with respect to the check solely for Zadelyan. Furthermore, US Bank accepted the check without the endorsement of CMS.

15. As a result, US Bank converted the Check by accepting it from a person who is not entitled to enforce the check.

## NEGLIGENCE

16. Per, Tex. Bus. & Com. Code Ann. § 3.420, banks have an implicit duty that is owed to non-customers. Specifically, US Bank owed a duty of ordinary care in paying or taking the check, this duty necessarily includes ensuring that checks have proper endorsements.

17. As the depositary bank, US Bank was the first bank in the collection chain for the Check, and they were in the best position to ensure that the check was properly endorsed.

18. Because US Bank owed a duty to CMS to exercise ordinary care in paying the Check, and because US Bank breached the duty by improperly paying Zayeldan, US Bank has continuously deprived CMS of money that they are properly owed under the Check. As a result, this Court should find US Bank liable for common law negligence.

promptly tender damages assessed against it and to avoid unjustly enriching Defendant.

## VII.   PRAYER

WHEREFORE, premises considered, Plaintiff prays that Defendant be cited to appear and answer herein, and that on final trial, Plaintiff requests judgment against Defendant as follows:

1. that Defendant US Bank is liable for conversion under Tex. Bus. & Com. Code § 3.420;

2. that Defendant US Bank is liable for common law negligence;

3. order Defendants be required to pay to Plaintiff the damages Plaintiff has sustained in consequence of Defendants' conversion and negligence, and to account for gains, profits, and advantages derived by Defendants by the taking of Plaintiff's money or the damages that the court deems proper within the provisions of the state statutes; and

4. awarding such other and further relief as this Court deems just and proper.

    Respectfully submitted,

    The Law Office of Keith C. Thompson, P.C.
    11003 Quaker Avenue
    Lubbock, Texas 79424
    (806) 783-8322 (Telephone)
    (806) 783-8357 (Telecopier)

    _____/s/ Keith C. Thompson_____
    Keith C. Thompson
    SBN: 24013631
    kct@kctlaw.us

    _____/s/ Alexa C. Lunsford_____
    Alexa C. Lunsford
    SBN: 24116698
    acl@kctlaw.us
    Attorneys for Plaintiff

# Exhibit "A"

**State Farm** STATE FARM GENERAL INSURANCE COMPANY
FIRE
PROXIMITY OFFICE
JPMORGAN CHASE BANK, NA  56-1544/441
COLUMBUS, OH

512 625613  Q

CLAIM NO 75-43F6-50S   INSURED ZADELYAN, KARAPET KARO
LOSS DATE 12-12-2022

DATE 01-31-2023
MM DD YYYY

*EXACTLY FIFTY-EIGHT THOUSAND SIX HUNDRED TWELVE AND 92/100 DOLLARS

$****58,612.92

Pay to the
Order of: KARAPET KARO ZADELYAN & SIWELL INC DBA CAPITAL MORTGAGE SERVICES OF TEXAS ISAOA/ATIMA

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

SECURED DOCUMENT WATERMARK APPEARS ON BACK, HOLD AT 46° ANGLE FOR VIEWING

⑆125962561311⑈ ⑉044115443⑊   ???144916⑈

ATMID: SUS4W159

ATM Transaction Date: 04/21/23 12:59 PM

Deposit Amount: 5861292

PAN: 436618BXCKCI6625

Sequence Number: 9050

Customer DDA 157529708685

MUST BE ENDORSED BY ALL PAYEES
KARPET ZADFZYAN

This Notice Only Applies to Vendors and Service Providers:
By endorsing this payment for your services, you agree not to use or disclose any personal customer information received from us unless necessary for the services we requested.

US BANK ATM
04/21/23 12:59 PM KC
ST PAUL MN
>091000022<